Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA 90036
Telephone: (323) 988-2400
Attorney for Plaintiff,

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOY BAUER<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>Defendant. | **Case No.: 2:08−CV−01702−GEB−DAD**<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

**TO: DEFENDANT AND ITS ATTORNEY, DEBBIE P. KIRKPATRICK:**

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED,

DATED: August 11, 2008

KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff

**EXHIBIT A**

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant
NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JOY BAUER,<br>Plaintiff,<br>vs.<br>NCO FINANCIAL SYSTEMS, INC.,<br>Defendant. | Case No. 08-CV-01702-GEB-DAD<br><br>OFFER OF JUDGMENT<br>[Fed. R. Civ. P. 68] |

TO: PLAINTIFF ABOVE-NAMED AND HER ATTORNEY:

Pursuant to Fed. R. Civ. P. 68, Defendant, NCO Financial Systems, Inc. ("NCO"), hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

///

///

///

///

1) Judgment shall be entered against NCO in the amount of Four Thousand Five Hundred Dollars ($4,500.00) for NCO's alleged violations of the Fair Debt Collection Practices Act (FDCPA), for actual damages, and for plaintiff's reasonable costs, inclusive of attorney's fees, accrued to the date of this Offer of Judgment.

2) The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by plaintiff against NCO and said judgment shall have no effect whatsoever except in settlement of those claims;

3) This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the defendant is liable in this action, or that the plaintiff has suffered any damage.

4) In accordance with Rule 68, if this Offer of Judgment is not accepted by plaintiff in writing within 10 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by plaintiff and the judgment finally obtained by plaintiff is not more favorable than this Offer, the plaintiff must pay her costs incurred after making this Offer, as well as the costs of the defendant as allowed by the law of this Circuit.

///

///

CASE NAME: Joy Bauer v. NCO Financial Systems, Inc.
CASE NO: 08-CV-01702 GEB DAD

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

OFFER OF JUDGMENT

( X ) BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( X ) BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( ) BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

Nicholas J. Bontrager, Esq.
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA 90036
Fax: 866-802-0021

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 5, 2008

Marilyn M. Winder

Aug 05 2008 11:45AM LAW#OFFICES####TADT 619 222 3667 p.4

Dated: 8/4/08

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

ACCEPTED: Plaintiff

DATE: 8-11-08

3
Offer of Judgment

Aug 11 08 05:08p Joan 480-668-6666 p.4