## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

JOY BAUER,

    v.

                                      CASE NO: 2:08-CV-1702 GEB DAD

NCO FINANCIAL SYSTEMS, INC.

**XX** – Clerk's entry of Judgment.  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the parties to this action have notified the court of Notice of Acceptance with Offer of Judgment filed with the court on August 11, 2008.

                  **JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT DATED August 11, 2008**

                                                    Victoria C. Minor
                                                      Clerk of Court

ENTERED: **August 11, 2008**

                                                      by:  /s/ M. Dillon
                                                      Deputy Clerk